FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2023

No. 04-22-00658-CV

Michael R. **VOORHIES** and Norelle Voorhies,
Appellants

v.

**TOWN OF HOLLYWOOD PARK, TEXAS**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-02380
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellants' Second Unopposed Motion for Extension of Time is hereby GRANTED. The Appellants' brief is due on or before January 20, 2023. No further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court